UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AYANA F. BOYKINS | CIVIL ACTION |
| VERSUS | NO. 11-3075 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | SECTION "H" (2) |

### ORDER

The court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that defendant's motion to remand pursuant to the sixth sentence of 42 U.S.C. § 405(g) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is REMANDED to the Commissioner of Social Security Administration for further administrative proceedings, including giving plaintiff an opportunity to have a hearing before an administrative law judge. The court retains jurisdiction over this matter in the event that the parties return to this court after the administrative proceedings are concluded.

New Orleans, Louisiana, this 11th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE